IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00034-BNB

JESUS M. ORTIZ-PECHO,

Plaintiff,

v.

PRESLEY, Chief Commander,
MILLER, Nurse, and
SAMPSEL, Sergeant,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 4 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Jesus M. Ortiz-Pecho was detained at the El Paso County Criminal Justice Center in Colorado Springs, Colorado, at the time he initiated the instant *pro se* action by submitting a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court. On January 24, 2008, Magistrate Judge Boyd N. Boland entered an order granting the § 1915 Motion. The January 24, 2008, Order required Plaintiff to pay the full amount of the $350.00 filing fee in installments and directed him either to pay an initial partial filing fee of $3.00 within thirty days or to show cause why he has no assets and no means by which to pay the initial fee. The Order warned Plaintiff that if he failed either to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

The January 24, 2008, Order was returned to the Court, on February 1, 2008, with the envelope marked "Return to Sender Attempted Not Known Unable to Forward." The envelope also was marked "Released." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Mr. Ortiz-Pecho now has failed to communicate with the Court, and as a result he has failed either to pay the initial partial filing fee or to show cause why he has no assets or means to pay the initial partial filing fee within the time allowed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $3.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee within thirty days of the January 24 2008, Order.

DATED at Denver, Colorado, this 4 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00034-BNB

Jesus M. Ortiz-Pecho
Prisoner No. A00211462
El Paso County Det. Facility
2739 E. Las Vegas
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/4/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk