IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00034-ZLW

JESUS M. ORTIZ-PECHO,

    Plaintiff,

v.

PRESLEY, Chief Commander,
MILLER, Nurse, and
SAMPSEL, Sergeant,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2008

GREGORY C. LANGHAM
                       CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Jesus M. Ortiz-Pecho, who currently is a detainee at the Douglas County Jail in Castle Rock, Colorado, filed a *pro se* Letter with the Court on September 30, 2008. The Court must construe the Letter liberally because Mr. Ortiz-Pecho is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Letter will be construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b) and will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). **See *id.*** at 1243. Mr. Ortiz-Pecho's Motion, which was filed more than ten days after the Judgment was entered, will be construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice after Mr. Ortiz-Pecho failed to pay the $3.00 initial partial filing fee within the time allowed. Upon consideration of the Motion and the entire file, the Court finds that Mr. Ortiz-Pecho fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Although Mr. Ortiz-Pecho asserts that he was housed at a different facility, that his papers were taken from him by U.S. Marshals, and that he did not receive a copy of the Docket for the instant action until September 26, 2008, the Court's January 24, 2008, Order directing him to pay the $3.00 initial partial filing fee was sent to the address Plaintiff provided to the Court and was not returned to the Court as undeliverable. Furthermore, Mr. Ortiz-Pecho is responsible pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, to notify the Court of a new address within ten days of any change of address.

The Court will not reopen this action to allow Mr. Ortiz-Pecho another opportunity to pay the initial partial filing fee. Therefore, the Motion will be denied. Mr. Ortiz-Pecho

is reminded that, because the instant action was dismissed without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the Letter, (Doc. No. 10), filed September 30, 2008, is construed as a Motion to Reconsider, pursuant to Fed. R. Civ. P. 60(b), and is denied. It is

FURTHER ORDERED that the Clerk of the Court send to Plaintiff two copies of a Prisoner Complaint form and of a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form for use in filing a new action with this Court if Plaintiff so desires.

DATED at Denver, Colorado, this 15 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00034-BNB

Jesus M. Ortiz-Pecho
Reg. No. 66065-061
Douglas County Jail
4000 Justice Way
Castle Rock, CO 80109

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10/16/08

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk